AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

--------------------------------------------------------------DIST RICT OF--------------------------------------------------------------

EXHIBIT AND WITNESS LIST

PRINCE

v.

PERFECT DELIVERY INC., ET AL                    Case Number: 8:17-1950

| Presiding Judge | Plaintiff's Attorney | Defendant's Attorney |
|---|---|---|
| HON. A. MARVIN QUATTLEBAUM, JR. | Mark Potashnick, John Mann, Jr. | John Hagood Tighe |
| Trial Date(s) | Court Reporter | Courtroom Deputy |
| July 18, 2018 | Michelle Becker | Fred Bostic |

| Plf No. | Def. No. | Date Offered | Marked | Admitted | Description of Exhibits and Witnesses |
|---|---|---|---|---|---|
| CE-1 | | 7/18/18 | X | X | SETTLEMENT AND RELEASE AGREEMENT |
| CE-2 | | 7/18/18 | X | X | PROPOSED ORDER GRANTING APPROVAL OF SETTLEMENT |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.